UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DWIGHT RATCLIFF,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY OF RED LODGE, DEPARTMENT OF POLICE, a Political Subdivision of the State of Montana, and Red Lodge Police Officer AL STUBER,<br><br>           Defendants. | Case No. CV-12-79 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

JUDGMENT IN FAVOR OF DEFENDANTS
(in re order filed on 10/20/2016; docket entry 149)

Dated this 20th day of October, 2016.

                              TYLER P. GILMAN, CLERK

                              By: /s/ A. Carrillo
                              A. Carrillo, Deputy Clerk